**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6576**

─────────────

FRANK PAUL FERRARA,

        Plaintiff - Appellant,

    v.

JASON WILSON; T. MOORE, Property Supervisor; NATHAN MOORE, Chief of Security; MS. HERBERT, Director of Program Services,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, Senior District Judge. (2:25-cv-00135-AWA-LRL)

─────────────

Submitted: May 28, 2026                      Decided: June 1, 2026

─────────────

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Frank Paul Ferrara, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Paul Ferrara seeks to appeal the district court's order dismissing without prejudice his civil complaint for failure to prosecute. After the court dismissed the complaint, it received Ferrara's amended complaint and reopened the case. *See Ferrara v. Wilson*, No. 2:25-cv-00135-AWA-LRL (E.D. Va. July 1, 2025). Ferrara's appeal of the dismissal order is therefore moot. *See Williams v. Ozmint*, 716 F.3d 801, 809 (4th Cir. 2013) ("A case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." (internal quotation marks omitted)).

We therefore dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*